MARGARET A. PYE, Appellant, *v.* FRANK PYE, Respondent. (Appeal No. 1.)

Appeal by plaintiff from an order of the Supreme Court, entered in the Monroe county clerk's office on the 14th day of February, 1910, denying plaintiff's motion for an order annulling and canceling a settlement agreement as to alimony between the parties, and for leave to plaintiff to issue execution for the collection of alimony by virtue of a decree entered in this action.

PER CURIAM: The written agreement by which plaintiff agreed to accept $925 in full payment of the alimony awarded to her by the decree herein, which sum was paid to her, is still in force and is binding upon plaintiff until set aside. (*Galusha* v. *Galusha*, 116 N. Y. 635; *Winter* v. *Winter*, 191 id. 462; *Greenfield* v. *Greenfield*, 161 App. Div. 573.) It cannot be set aside on motion. If plaintiff has a right to have it annulled her remedy is by action. The order appealed from should be affirmed, without costs. All concurred. Order affirmed, without costs.

---

Robert G. Scott and Others, Respondents, v. Seneca River Power Company, Appellant.— Judgment affirmed, with costs. All concurred.

Bown Brothers, Inc., Appellant, v. Fred M. Wooster, Respondent.— Judgment and order affirmed, with costs. All concurred.

Samuel Shopiro, Respondent, v. Samuel N. Berlin and Another, etc., Appellants.— Judgment and order affirmed, with costs. All concurred.

Kathryn S. Purcell, Appellant, v. Rosalia Burroughs and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Hattie J. Pintler, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment affirmed, with costs. All concurred.